**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



MEMORANDUM ORDER OF ABATEMENT

Appellate case name:     Brandy Brenay Charles and Ronald Dwayne Whitfield
                         v. Texas Department of Family and Protective Services

Appellate case number:   01-18-00311-CV

Trial court case number: 2017-02559J

Trial court:             314th District Court of Harris County

This Court's May 8, 2018 Memorandum Opinion and Judgment had granted the pro se appellants Brandy Brenay Charles and Ronald Dwayne Whitfield's voluntary motion to dismiss this appeal because their notice of appeal was premature. On June 28, 2018, appellant Charles's counsel has filed an unopposed motion to abate this appeal for the re-appointment of him as counsel or, in the alternative, to extend his deadlines to file motions for rehearing/en banc reconsideration. On July 2, 2018, appellant Whitfield filed a pro se motion for the appointment of appellate counsel.

Accordingly, the Court **GRANTS** appellant Charles's motion to abate, and we **abate** this appeal for the trial court to hold a hearing to determine, among other things, whether good cause exists to permit counsel, Donald M. Crane, to be re-appointed as counsel for Charles and, if so, to enter orders withdrawing counsel Juliane P. Crow and appointing new counsel. *See* TEX. FAM. CODE ANN. § 107.016(2) (West 2014).

In addition, the Court construes Whitfield's pro se motion as a motion to abate for the appointment of counsel and **GRANTS** it, and we **abate** this appeal for the trial court to determine whether to appoint the same or different appellate counsel for Whitfield, after reviewing the permission order, specifically for this appeal and 01-18-00485-CV. *See* TEX. FAM. CODE ANN. § 107.013(a)(1), (b) (West 2014). Any hearing shall be conducted **on or about July 10, 2018**. The trial court clerk shall file a supplemental clerk's record containing the trial court's orders **within 10 days of the date of the hearing**. The trial court shall have a court reporter record the hearing and the reporter is directed to file the record **within 10 days of the date of the hearing.**

The Clerk of this Court is **directed** to forward the supplemental clerk's record filed in this Court on May 16, 2018, including the May 15, 2018 permission order, to the district clerk **within 3 days of the date of this Order**.

This appeal is abated, treated as a closed case, and removed from this Court's active docket. This appeal will be reinstated on this Court's active docket when the supplemental clerk's record and supplemental reporter's record, if any, complying with this Order are filed with this Court.

It is so ORDERED.

Judge's signature:     /s/ Laura C. Higley
                                Acting for the Panel

Panel consists of Justices Jennings, Keyes, and Higley.

Date:  July 6, 2018